# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**KEVIN BLAKE,**
**Reg. #41114-007**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 2:18-cv-00097-KGB/BD**

**USA and**
**BUREAU OF PRISONS**                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 5). The Court dismisses without prejudice plaintiff Kevin Blake's claims raised under *Biven v. Six Unnamed Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court dismisses with prejudice Mr. Blake's claims raised against defendant Bureau of Prisons under the Federal Tort Claims Act. The Court instructs the Clerk of Court to terminate the Bureau of Prisons as a party defendant.

So ordered this 27th day of December, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge