IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEVIN BLAKE,**
Reg. #41114-007                                                                                                    **PLAINTIFF**

V.                                    CASE NO. 2:18-CV-97-KGB-BD

USA                                                                                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. And by not objecting, the parties may waive the right to appeal questions of fact.

**II.**    **Discussion**

Kevin Blake was an inmate at the Federal Correctional Institution in Forrest City, Arkansas (FCI-FC), when he filed this civil rights lawsuit in July 2018. (Docket entry #1) Mr. Blake is no longer incarcerated at FCI-FC, as evidenced by mail returned to the Court as "undeliverable," with a notation that he is "not at this institution." (#24, #26,

#27) Mr. Blake has not notified the Court of his current address, as required by the Court's local rules. See Local Rule 5.5.

In a June 10, 2019 Order, Mr. Blake was directed to notify the Court of his current address within 30 days. (#25) The Court specifically cautioned Mr. Blake that his claims could be dismissed if he failed to update his address with the Court. To date, Mr. Blake has failed to comply with the Court's Order, and the time for doing so has passed.

### III.  Conclusion

The Court recommends that Mr. Blake's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 10, 2019 Order and his failure to prosecute this lawsuit. The Defendant's motion for summary judgment (#18) should be DENIED, as moot.

DATED this 11th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE