# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KEVIN BLAKE, Reg. #41114-007**  **PLAINTIFF**

**v.**  **Case No. 2:18-cv-00097-KGB**

**UNITED STATES OF AMERICA**  **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 28). In her Recommended Disposition, Judge Deere recommends that plaintiff Kevin Blake's complaint be dismissed without prejudice for failure to comply with a court order and for failure to prosecute this action. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendations.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 28). The Court dismisses without prejudice Mr. Blake's complaint. The Court denies as moot defendant the United States of America's motion for summary judgment (Dkt. No. 18).

It is so ordered this 27th day of January, 2020.

Kristine G. Baker
United States District Judge