THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEVIN BLAKE, Reg. #41114-007**                                                    **PLAINTIFF**

**v.**                    **Case No. 2:18-cv-00097-KGB**

**UNITED STATES OF AMERICA**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kevin Blake's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

                                                                          _Kristine G. Baker_
                                                                          Kristine G. Baker
                                                                          United States District Judge